UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Andrew B. Finberg
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ 08002

Order Filed on May 15, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Willie E. Hunter

Case No.: 22-10801
Chapter: 13
Judge: ABA

# ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The relief set forth on the following page is **ORDERED**.

**DATED: May 15, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

On March 19, 2024, an application was filed for the Claimant(s), Willie E. Hunter, for payment of unclaimed funds deposited with the court pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that pursuant to 28 U.S.C. § 2042, the sum of $ 5,898.52 held in unclaimed funds be made payable to Willie E. Hunter and be disbursed to the payee at the following address:

1120 Route 73, Suite 420

Mt. Laurel, NJ 08054

The Clerk will disburse these funds not earlier than 14 days after entry of this Order; and it is further

ORDERED that in order to receive payment, the Claimant must provide the Court with the Claimant's tax identification number (TIN) on a form completed and signed by the Claimant to whom funds are being distributed according to the requirements below. This document must include the bankruptcy case number and should be sent to the Court at either of the following addresses:

unclaimedfunds@njb.uscourts.gov

or:

United States Bankruptcy Court
Martin Luther King, Jr. Federal Bldg.
**Attention: Financial Department**
50 Walnut Street
P.O. Box 1352 Newark, NJ 07102

a. **Domestic Claimant** - A Claimant who is a U.S. person must submit either:
   1) Court Form AO-213P (available on the Court's website); or
   2) IRS Form W-9 (accessible by searching on the Internal Revenue Service (IRS) website at: https://www.irs.gov/).

NOTE: If a claimant desires payment via Electronic Funds Transfer (EFT), then Court Form AO-213P must be used.

b. **Foreign Claimant** - A foreign claimant must submit both:
   1) IRS Form W-8 (accessible by searching on the IRS website at: https://www.irs.gov/); and
   2) Court Form AO-215 (available on the Court's website).

*rev. 11/12/21*

2